■ In the Matter of MAX HAHN, an Attorney.—Motion for reinstatement granted, the report of the Referee confirmed, and, pursuant to section 90 of the Judiciary Law, respondent will be reinstated as an attorney and counselor at law of the State of New York upon taking the appropriate oath. Concur—Stevens, P. J., Kupferman, Murphy, Lane and Nunez, JJ.

■ In the Matter of NEIL S. GOLDSTEIN (Admitted as NEIL SHELBY GOLDSTEIN), an Attorney.—Motion for reargument denied in all respects. Concur—Markewich, J. P., Murphy, Lupiano, Tilzer and Lane, JJ.